JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GRAND PRIX ASSOCIATION OF LONG BEACH, LLC, a limited liability company<br><br>　　　　Defendants. | Case No.: CV 22-6941-GW-AGRx<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. George H. Wu presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: February 27, 2023

HON. GEORGE H. WU,
United States District Judge